AM 1 2 3 4 5 6 7 8 9 10 11 12 PM
RECEIVED & FILED
CLERK'S OFFICE
AUG 19 2026
US DISTRICT COURT
SAN JUAN, PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

[1] JOSE ONAIRAM MEDINA MARRERO
a/k/a "La O", Omayra, Onairam
(Counts One through Seven)
[2] JEFFREY OMAR DELGADO LOPEZ
a/k/a Jeffrey Menor, Menor
(Counts One through Seven)
[3] CHRISTIAN ONEIL MELENDEZ LOPEZ a/k/a Chucky
(Counts One through Seven)
[4] JOSUE LEE OBREGON VARGAS
a/k/a Josu, Chaco, Cha Corta
(Counts One through Seven)
[5] ULISES IRIZARRY SANTIAGO a/k/a Viejo, El Viejo Ulises, Patron, Chapo
(Counts One through Six)
[6] ANFERNEE JONANS MARTINEZ PEREZ a/k/a Penny
(Counts One through Six)
[7] RAMON MIGUEL RODRIGUEZ PACHECO a/k/a Piti, Pitin, Ramoncito Pacheco, Ramon el Gordo
(Counts One through Seven)
[8] NELSON RAFAEL VARGAS VALENTIN a/k/a Junito, Junito el feo
(Counts One through Seven)
[9] CRISTIAN JOEL MERCADO RODRIGUEZ a/k/a Yoyin, Yovin
(Counts One through Seven)
[10] ALEXIS OMAR MILLAN GARCIA
a/k/a Millan, Millo, "La M".
(Counts One through Seven)
[11] SATURNINO BARBOSA ORTIZ
a/k/a El Viejo, Nino
(Counts One through Six)

INDICTMENT

FILED UNDER SEAL

CRIMINAL NO. 26-341 (SCC)

Violations:

(COUNT ONE)
Title 21 U.S.C. §§ 841(a)(1), 846 and 860.

(COUNT TWO)
Title 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i) and 860 and Title 18, U.S.C. § 2.

(COUNT THREE)
Title 21 U.S.C. §§841(a)(1), (b)(1)(A)(iii) and 860 and Title 18, U.S.C. § 2.

(COUNT FOUR)
Title 21 U.S.C. §§841(a)(1), (b)(1)(A)(ii) and 860 and Title 18, U.S.C. § 2.

(COUNT FIVE)
Title 21 U.S.C. §§841(a)(1), (b)(1)(B)(vii) and 860 and Title 18, U.S.C. § 2.

(COUNT SIX)
Title 21 U.S.C. §§841(a)(1), (b)(1)(A) and 860 and Title 18, U.S.C. § 2.

(COUNT SEVEN)
Title 18 U.S.C. §§ 924(c)(1)(A)(i).

Narcotics Forfeiture Allegation
Title 21 U.S.C. § 853 and Rule 32.2(a)

[12] JEREMY OMAR GONZALEZ DIAZ
(Counts One through Seven)
[13] RAFAEL ORLANDO MARTINEZ MERCADO a/k/a Rafita, Rafito
(Counts One through Seven)
[14] LUIS EZEQUIEL BAYRON HERNANDEZ a/k/a Seco, El Zorro, Zeco
(Counts One through Six)
[15] ISRAEL ENRIQUE RIVERA DIAZ a/k/a Isra, Guajiro
(Counts One through Seven)
[16] JEXIEL RIVERA ECHANDY a/k/a J. Echandy, "La J"
(Counts One through Six)
[17] WILJANIEL ECHANDY ORTIZ a/k/a Lenta, Will
(Counts One through Seven)
[18] ANDRES DE JESUS CAMACHO a/k/a Panda, Zeta, Cheo, Tres Z
(Counts One through Seven)
[19] DELVIS HABANELL TORRES ACEVEDO a/k/a Delvin, Habanell
(Counts One through Six)
[20] JOSE ISRAEL ROMAN IRIZARRY a/k/a Siki
(Counts One through Seven)
[21] JIAM MAICO RAMOS VEGA, a/k/a Jan
(Counts One through Six)
[22] RICARDO ALEXIS TORRES RODRIGUEZ a/k/a Balita, Bala
(Counts One through Seven)
[23] HECTOR LUCAS ZARAGOZA ALICEA a/k/a Lucas, Mostrito
(Counts One through Seven)
[24] ALEXANDRE PEREZ DIAZ a/k/a Alex Quija, Quiju, Quija
(Counts One through Six)
[25] KEVIN ONEAL ROMAN ZAPATA a/k/a Kevin Walter
(Counts One through Six)
[26] MIGUEL ANGEL RODRIGUEZ PACHECO a/k/a Pitin Junior, Piti Junior, Piti

F.R.C.P.

Firearms and Ammunition Forfeiture Allegation
Title 18 U.S.C. § 924(d)(1); Title 28 U.S.C. § 2461 (c); and Rule 32.2(a) F.R.C.P.

(SEVEN COUNTS)

(Counts One through Six)
[27] LUIS ANGEL CRUZ PEREZ a/k/a Cecilio, "La S"
(Counts One through Six)
[28] ASHLEY ANGELY MARTELL PROSPER a/k/a La Rubia
(Counts One through Six)
[29] CARIDAD MIGDALI FERRER CARRERO a/k/a Cari, Claribel
(Counts One through Six)
[30] BETSY SANTIAGO ALMODOVAR a/k/a La Rubia, La Rubia de Cuestas
(Counts One through Six)
[31] NELSON RAFAEL VARGAS ALERS
(Counts One through Six)
[32] CRISTAL YARITS RIVERA MATÍAS
(Counts One through Six)
[33] LOUWARK GIOVANNI RODRIGUEZ RAMIREZ
(Counts One through Six)
[34] CHRISTIAN JAVIER MEDINA MARRERO
(Counts One through Six)
[35] CHRISTOPHER JOSE MEDINA MARRERO
(Counts One through Six)
[36] KEVIN BRYAN RUIZ MILLAN a/k/a Kevin El Gordo
(Counts One through Six)
[37] CHRISTIAN ONEIL FLORES RAMOS a/k/a Pollito, Pollo
(Counts One through Six)
[38] LESTER ROBERTO RODRIGUEZ
(Counts One through Six)
[39] JOSHUA OMAR CORNIER VALENTIN a/k/a Ojos Bellos, Joshi, Jota Cornier
(Counts One through Six)
[40] JOSE MEDINA PADILLA a/k/a Joselito
(Counts One through Six)
[41] ARISTIDES LORENZO RUPERTO a/k/a Junito
(Counts One through Seven)

[42] JOSE ANTONIO RIVERA BARBOSA
a/k/a Chiquitin
(Counts One through Six)
[43] ABDIEL OMAR SANCHEZ
NEGRON a/k/a Blanquito, Blanco,
Chimuelo
(Counts One through Six)
[44] FELIX ALBERTO ESTEVES
VARGAS a/k/a Felo
(Counts One through Seven)
[45] MOISES ISAAC GONZALEZ
BAYRON a/k/a Moi
(Counts One through Seven)
[46] NEFTALI SANTIAGO SANTIAGO
a/k/a Gordo Papa
(Counts One through Six)
[47] JEREMY ONEELL RIVERA FLORES
a/k/a Mon, Negro
(Counts One through Six)
[48] JOSHUA MENDEZ MONTES
(Counts One through Six)
[49] RYAN LOWELL MORENO ORTIZ,
a/k/a Scarface, Motorita
(Counts One through Seven)
[50] HECTOR M. COTTO RODRIGUEZ
a/k/a Tello
(Counts One through Six)
[51] GARY JAYSON BONET MARTELL
(Counts One through Six)
[52] DWIGHT YONICE CARRERO
RAMIREZ a/k/a Tripi
(Counts One through Six)
[53] KEITHY ENID ROSAS
(Counts One through Six)
[54] JOHN EMMANUEL VELEZ
BORRERO a/k/a John el Negro, Johnsoto
(Counts One through Seven)
[55] JOSE MANUEL VELEZ TORRES
a/k/a JOSE EL BARROSO, UBIJA
(Counts One through Six)
[56] WALESKA MORALES MARTINEZ
(Counts One through Six)
[57] KELVIN CAMUY GONZALEZ a/k/a
Camuy

(Counts One through Six)
[58] DIEGO ANDRES RIVERA BALLESTER
(Counts One through Six)
[59] ANGEL YANDEL FIGUEROA RIVERA a/k/a Dona
(Counts One through Six)
[60] WALTER JESUS COLON RODRIGUEZ a/k/a Walter el Viejo
(Counts One through Six)
[61] JOSE JOEL MORALES BAYRON a/k/a John Goti, Peste a Sobaco
(Counts One through Six)
[62] AMNIEL JOSUE MIRO NUNEZ a/k/a John Zeta
(Counts One through Six)
[63] MICHAEL JOSE DIAZ DERIUX, a/k/a Michael el Mono
(Counts One through Six)
[64] AMARILYS TORRES RIVERA
(Counts One through Six)
[65] ABIEZER BAYRON VARGAS
(Counts One through Six)
[66] JEAN MICHAEL CRUZ ROBLES a/k/a Jean Carlos
(Counts One through Six)
[67] EZEQUIEL JAMUEL SOLER VELEZ
(Counts One through Six)
[68] PLIMO ANIBAL PICART PADILLA
(Counts One through Six)
[69] ERIEL OMAR RODRIGUEZ CARRERO
(Counts One through Six)
[70] JESSE LUCRE RODRIGUEZ, a/k/a Macho, Machito
(Counts One through Six)
[71] DERECK ALBERTO CARRERO TORRES
(Counts One through Six)
[72] SANTOS ALEXIS GODEN RODRIGUEZ, a/k/a Alex Goden
(Counts One through Six)
[73] ZULEIKA MARIE FRED ECHEVARRIA, a/k/a La Tuca

(Counts One through Six)
[74] ELIZABETH DIAZ FABREGAS,
a/k/a La Patrona
(Counts One through Six)
[75] DAYANAIRIS WAILANI OCASIO ORTIZ, a/k/a Dayan, El Pato, Edwin Javier Acosta Ortiz
(Counts One through Six)
[76] VICTOR GONZALEZ RAMIREZ
(Counts One through Six)
[77] CHRISTY MARIE ALICEA TORRES,
a/k/a Marie
(Counts One through Six)
[78] LYDIA ODALYS PAGAN MARTINEZ, a/k/a La Flaca, La Boxeadora
(Counts One through Six)
[79] ROBERTO JR. GRANELL LOPEZ
(Counts One through Six)
[80] RUBI CRISTINA RODRIGUEZ QUIÑONES, a/k/a La Rubia
(Counts One through Six)
[81] ABDIEL MANUEL RUIZ LUCENA,
a/k/a Nacho
(Counts One through Six)

*Defendants.*

THE GRAND JURY CHARGES:

COUNT ONE
21 U.S.C. §§ 841(a)(1), 846 & 860
*(Conspiracy to Possess with Intent to Distribute/Distribution of Controlled Substances)*

From in or about the year 2021, and continuing up to and until the return of the instant Indictment, in the Municipality of Mayaguez and areas nearby, in the District of Puerto Rico, and within the jurisdiction of this Court,

[1] JOSE ONAIRAM MEDINA MARRERO a/k/a “La O”, Omayra, Onairam
[2] JEFFREY OMAR DELGADO LOPEZ a/k/a Jeffrey Menor, Menor
[3] CHRISTIAN ONEIL MELENDEZ LOPEZ a/k/a Chucky
[4] JOSUE LEE OBREGON VARGAS a/k/a Josu, Chaco, Cha Corta

[5] ULISES IRIZARRY SANTIAGO a/k/a Viejo, El Viejo Ulises, Patron, Chapo
[6] ANFERNEE JONANS MARTINEZ PEREZ a/k/a Penny
[7] RAMON MIGUEL RODRIGUEZ PACHECO a/k/a Piti, Pitin, Ramoncito Pacheco, Ramon el Gordo
[8] NELSON RAFAEL VARGAS VALENTIN a/k/a Junito
[9] CRISTIAN JOEL MERCADO RODRIGUEZ a/k/a Yoyin, Yovin
[10] ALEXIS OMAR MILLAN GARCIA a/k/a Millan, Millo, "La M".
[11] SATURNINO BARBOSA ORTIZ a/k/a El Viejo, Nino
[12] JEREMY OMAR GONZALEZ DIAZ
[13] RAFAEL ORLANDO MARTINEZ MERCADO a/k/a Rafita, Rafito
[14] LUIS EZEQUIEL BAYRON HERNANDEZ a/k/a Seco, El Zorro, Zeco
[15] ISRAEL ENRIQUE RIVERA DIAZ a/k/a Isra, Guajiro
[16] JEXIEL RIVERA ECHANDY a/k/a J. Echandy, "La J"
[17] WILJANIEL ECHANDY ORTIZ a/k/a Lenta, Will
[18] ANDRES DE JESUS CAMACHO a/k/a Panda, Zeta, Cheo, Tres Z
[19] DELVIS HABANELL TORRES ACEVEDO a/k/a Delvin, Habanell
[20] JOSE ISRAEL ROMAN IRIZARRY a/k/a Siki
[21] JIAM MAICO RAMOS VEGA, a/k/a Jan
[22] RICARDO ALEXIS TORRES RODRIGUEZ a/k/a Balita, Bala
[23] HECTOR LUCAS ZARAGOZA ALICEA a/k/a Lucas, Mostrito
[24] ALEXANDRE PEREZ DIAZ a/k/a Alex Quija, Quiju, Quija
[25] KEVIN ONEAL ROMAN ZAPATA a/k/a Kevin Walter
[26] MIGUEL ANGEL RODRIGUEZ PACHECO a/k/a Pitin Junior, Piti Junior, Piti
[27] LUIS ANGEL CRUZ PEREZ a/k/a Cecilio, "La S"
[28] ASHLEY ANGELY MARTELL PROSPER a/k/a La Rubia
[29] CARIDAD MIGDALI FERRER CARRERO a/k/a Cari, Claribel
[30] BETSY SANTIAGO ALMODOVAR a/k/a La Rubia, La Rubia de Cuestas
[31] NELSON RAFAEL VARGAS ALERS
[32] CRISTAL YARITS RIVERA MATÍAS
[33] LOUWARK GIOVANNI RODRIGUEZ RAMIREZ
[34] CHRISTIAN JAVIER MEDINA MARRERO
[35] CHRISTOPHER JOSE MEDINA MARRERO
[36] KEVIN BRYAN RUIZ MILLAN a/k/a Kevin El Gordo
[37] CHRISTIAN ONEIL FLORES RAMOS a/k/a Pollito, Pollo
[38] LESTER ROBERTO RODRIGUEZ
[39] JOSHUA OMAR CORNIER VALENTIN a/k/a Ojos Bellos, Joshi, Jota Cornier
[40] JOSE MEDINA PADILLA a/k/a Joselito
[41] ARISTIDES LORENZO RUPERTO
[42] JOSE ANTONIO RIVERA BARBOSA a/k/a Chiquitin
[43] ABDIEL OMAR SANCHEZ NEGRON a/k/a Blanquito, Blanco, Chimuelo

[44] FELIX ALBERTO ESTEVES VARGAS a/k/a Felo
[45] MOISES ISAAC GONZALEZ BAYRON a/k/a Moi
[46] NEFTALI SANTIAGO SANTIAGO a/k/a Gordo Papa
[47] JEREMY ONEELL RIVERA FLORES a/k/a Mon, Negro
[48] JOSHUA MENDEZ MONTES
[49] RYAN LOWELL MORENO ORTIZ, a/k/a Scarface, Motorita
[50] HECTOR M. COTTO RODRIGUEZ a/k/a Tello
[51] GARY JAYSON BONET MARTELL
[52] DWIGHT YONICE CARRERO RAMIREZ a/k/a Tripi
[53] KEITHY ENID ROSAS
[54] JOHN EMMANUEL VELEZ BORRERO a/k/a John el Negro, Johnsoto
[55] JOSE MANUEL VELEZ TORRES a/k/a JOSE EL BARROSO, UBIJA
[56] WALESKA MORALES MARTINEZ
[57] KELVIN CAMUY GONZALEZ a/k/a Camuy
[58] DIEGO ANDRES RIVERA BALLESTER
[59] ANGEL YANDEL FIGUEROA RIVERA a/k/a Dona
[60] WALTER JESUS COLON RODRIGUEZ a/k/a Walter el Viejo
[61] JOSE JOEL MORALES BAYRON a/k/a John Goti, Peste a Sobaco
[62] AMNIEL JOSUE MIRO NUNEZ a/k/a John Zeta
[63] MICHAEL JOSE DIAZ DERIUX, a/k/a Michael el Mono
[64] AMARILYS TORRES RIVERA
[65] ABIEZER BAYRON VARGAS
[66] JEAN MICHAEL CRUZ ROBLES a/k/a Jean Carlos
[67] EZEQUIEL JAMUEL SOLER VELEZ
[68] PLIMO ANIBAL PICART PADILLA
[69] ERIEL OMAR RODRIGUEZ CARRERO
[70] JESSE LUCRE RODRIGUEZ, a/k/a Macho, Machito
[71] DERECK ALBERTO CARRERO TORRES
[72] SANTOS ALEXIS GODEN RODRIGUEZ, a/k/a Alex Goden
[73] ZULEIKA MARIE FRED ECHEVARRIA, a/k/a La Tuca
[74] ELIZABETH DIAZ FABREGAS, a/k/a La Patrona
[75] DAYANAIRIS WAILANI OCASIO ORTIZ, a/k/a Dayan, El Pato, Edwin Javier Acosta Ortiz
[76]VICTOR GONZALEZ RAMIREZ
[77] CHRISTY MARIE ALICEA TORRES, a/k/a Marie
[78] LYDIA ODALYS PAGAN MARTINEZ, a/k/a La Flaca, La Boxeadora
[79] ROBERTO JR. GRANELL LOPEZ
[80] RUBI CRISTINA RODRIGUEZ QUIÑONES, a/k/a La Rubia
[81] ABDIEL MANUEL RUIZ LUCENA, a/k/a Nacho

the defendants herein, did knowingly and intentionally combine, conspire, and agree with each other and with diverse other persons known and unknown to the Grand

Jury, to commit offenses against the United States, that is, to knowingly and intentionally possess with intent to distribute and distribute controlled substances, to wit: one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance; four hundred (400) grams or more of a mixture or a substance containing a detectable amount of N-(1-(2-phenethyl)-4-piperidinyl-N-phenyl-propanamide (fentanyl), a Schedule II Narcotic Drug Controlled Substance; two hundred eighty (280) grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II Narcotic Drug Controlled Substance; five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II, Narcotic Drug Controlled Substance; one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marihuana, a Schedule I, Controlled Substance, all within one thousand (1,000) feet of the real properties comprising Sábalo Gardens Public Housing Project, Cuesta Las Piedras Public Housing Project, Yagüez Public Housing Project, Franklin Delano Roosevelt Public Housing Project, Colombus Landing Public Housing Project, Jardines de Concordia Public Housing Project, Monte Isleño Public Housing Project, Mar y Sol Public Housing Project, housing facilities owned by a public housing authority and within one thousand (1,000) feet of a real property comprising a public or private school and/or playground. All in violation of Title 21, United States Code Sections 841(a)(1), 846 and 860.

## I. DRUG TRAFFICKING ORGANIZATION

The drug trafficking organization ("DTO") operated various Public Housing Projects ("PUBLIC HOUSING PROJECT"), neighborhoods, sectors, clusters and wards located in and around the Municipality of Mayaguez, Puerto Rico, including but not limited to the Sábalo Gardens Public Housing Project, Cuesta Las Piedras Public Housing Project, Yagüez Public Housing Project, Franklin Delano Roosevelt Public Housing Project, Colombus Landing Public Housing Project, Jardines de Concordia Public Housing Project, Monte Isleño Public Housing Project, Mar y Sol Public Housing Project, El Maní Ward, La Salud Ward, Buena Vista Sector, Liceo Sector, Broadway Ward, La Chorra Ward, Balboa Ward, Paris Ward, La Quinta Ward, Río Hondo Ward, La Mineral Sector, Villas del Oeste Neighborhood, El Seco Ward, Río Cristal Cluster and Dulces Labios Ward, and other areas nearby.

## II. OBJECT OF THE CONSPIRACY

The goal of the DTO was to operate a violent drug-trafficking organization to distribute controlled substances in the Municipality of Mayaguez and areas nearby, all for significant financial gain and profit. The goal of the DTO was to maintain control of all the drug trafficking activities within the controlled areas by the use of force, threats, violence and intimidation. In preserving power and protecting territory, the members of the DTO would profit from the illegal distribution of narcotics and the trafficking of illegal firearms. When members of the DTO perceived threats to the organization and/or its members they would incur in violent acts, including but not

limited to shootings, kidnappings and murders, in order to protect themselves and their organization. Members of the DTO would also transport and distribute kilogram quantities of cocaine and fentanyl.

## III. MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and co-conspirators would accomplish and further the object of the conspiracy included, among other things, the following:

### A. THE OPERATION OF DRUG POINTS

1. Defendants and their co-conspirators would operate drug points out of different housing projects and wards in or around Mayaguez, Puerto Rico.
2. Defendants and their co-conspirators would sell street quantity amounts of heroin, fentanyl, cocaine base ("crack"), cocaine, and marihuana at the drug distribution points.
3. Defendants and their co-conspirators would sell the heroin, fentanyl, cocaine base ("crack"), cocaine, and marihuana in small baggies, vials, decks, or other packaging used for street sale at the drug distribution points.
4. Defendants and their co-conspirators would package controlled substances for later distribution at the drug points.
5. Defendants and their co-conspirators would receive heroin, fentanyl, cocaine, cocaine base ("crack"), and marihuana already packaged for street sale distribution at the drug points.
6. Defendants and their co-conspirators would use residences or apartments to

"work" the "table", which is the process of preparing, cutting and decking the narcotics to be sold at the drug distribution points. At times, Defendants and their co-conspirators would also use abandoned residences or apartments to process and prepare narcotics.

7. Defendants and their co-conspirators would use residences and/or apartments to stash controlled substances, firearms, ammunition, magazines, drug paraphernalia and other items to further their criminal activities.

8. Defendants and their co-conspirators would use two-way radios ("walkie-talkies" referred to as scanners) and cellular phones and social media to communicate and alert other members of the organization of the presence of law enforcement agents or members of rival gangs to plan and employ violent acts in furtherance of the conspiracy and to discuss among themselves the operations of the drug distribution points.

9. Defendants and their co-conspirators would use cellular phones, including messaging apps and social media platforms and other communication devices to further their drug trafficking and illegal firearms trafficking activities.

10. Defendants and their co-conspirators would keep each other informed of their activities, plans, future transactions, and would share information about drug trafficking activities and violent acts with the purpose of avoiding detection and ensuring the success of their criminal venture.

11. Defendants and their co-conspirator would engage in the trafficking of illegal firearms and ammunition.

B. THE ESTABLISHMENT OF A HIERARCHY

12. Defendants and their co-conspirators would act in different roles to further the goals of the conspiracy, to wit: leaders, drug point owners, suppliers, enforcers, runners, sellers, lookouts, and facilitators.

13. Defendants and their co-conspirators would have meetings to discuss strategy and plan of their criminal activities, including but not limited to acts of violence.

14. Defendants and their co-conspirators would hold meetings to discuss drug trafficking business and issues between gang members.

15. Defendants and their co-conspirators would support the drug trafficking operations by providing access to drugs, firearms and protection whenever the need arose.

C. THE THREATENED AND ACTUAL USE OF VIOLENCE

16. Defendants and their co-conspirators would use intimidation, force, and violence in order to maintain control of drug trafficking operations, intimidate rival drug trafficking organizations, and discipline members of their own drug trafficking organization.

17. Defendants and their co-conspirators would participate in murders, shootings and kidnappings to further their drug trafficking operations. They would often physically assault drug users for unpaid debts, in order to assert power and secure the proceeds of the drug enterprise.

18. Throughout the conspiracy, defendants and co-conspirators constantly engaged

in conflicts with other rival drug trafficking organizations. Members of the conspiracy would employ violence against rival gang members, and against members of the organization that would not follow the instructions from their leaders. They would utilize designated individuals/facilitators to locate and identify their targets, and would carry out acts of violence, including shootings, kidnappings and murders, to further their drug trafficking operations and maintain control. To further these acts, the members often used stolen vehicles.

D. AVOIDANCE OF DETECTION BY LAW ENFORCEMENT

19. Defendants and their co-defendants would take actions to attempt avoiding detection of their illicit activities by law enforcement.

20. Defendants and their co-conspirators would often use masks and black clothing to commit acts of violence and avoid detection by law enforcement or rival gang members.

21. Defendants and their co-conspirators would hide, sell and otherwise dispose of firearms, narcotics and other items related to the activities of the DTO so that law enforcement officers would not find those items and trace them back to the members of the DTO.

22. Defendants and their co-conspirators would obtain information about who they perceived to be cooperating with law enforcement or enemy gangs and would distribute this information among the other members of the gang.

23. Defendants and their co-conspirators would ask each other to move drugs or firearms for them if law enforcement was detected in the area.

E. THE POSSESSION AND USE OF FIREARMS

24. Defendants and their co-conspirators would routinely possess, carry, brandish, and use firearms to protect themselves and their drug trafficking organization. At different points during the conspiracy, the leaders of the organization would provide the members of the organization with different types of firearms, pistols and "high power" rifles, in order to protect themselves, the narcotics, and their profits from rival gang members.

25. Defendants and their co-conspirators would modify or alter pistols and "high power" rifles in order to convert them to automatic weapons (machineguns).

26. Defendants and their co-conspirators would illegally purchase firearms and then sell them to other members of the drug trafficking organization.

27. Defendants and their co-conspirators would stash firearms and ammunition in strategic locations within the housing projects to have quick access to them in any situation or perceived threat against members of the organization.

28. Defendants and their co-conspirators would sell or transfer their firearms to other members of the drug trafficking organization in order to protect themselves, the narcotics, and the proceeds derived from the sales.

29. Defendants and their co-conspirators would sometimes use machineguns in the above-listed activities.

IV. ROLES OF THE MEMBERS OF THE CONSPIRACY

30. Leaders controlled and supervised the drug trafficking operations at the drug

distribution points located within the Sábalo Gardens Public Housing Project, Cuesta Las Piedras Public Housing Project, Yagüez Public Housing Project, Franklin Delano Roosevelt Public Housing Project, Colombus Landing Public Housing Project, Jardines de Concordia Public Housing Project, Monte Isleño Public Housing Project, Mar y Sol Public Housing Project, El Maní Ward, La Salud Ward, Buena Vista Sector, Liceo Sector, Broadway Ward, La Chorra Ward, Balboa Ward, Paris Ward, La Quinta Ward, Río Hondo Ward, La Mineral Sector, Villas del Oeste Neighborhood, El Seco Ward, Río Cristal Cluster and Dulces Labios Ward, and other areas nearby. During the span of the conspiracy, leaders purchased kilogram quantities of narcotics and oversaw the sale of such narcotics at the drug distribution points. They would receive proceeds from the sale of controlled substances distributed at the drug distribution points. Additionally, leaders would perform or carry out several acts within the conspiracy including but not limited to, supplying narcotics, firearms and ammunition to the DTO and/or drug distribution points. At various times during the course of the conspiracy, leaders purchased firearms and allowed members of the conspiracy to carry such firearms and ammunition in order to protect the drug distribution activities. Leaders would also possess firearms in furtherance of the drug trafficking activities of the organization. They would conduct meetings to resolve issues, give instructions and discuss items of interest the DTO.

31. Drug point owners would receive the profits from the sale of the controlled

substance they owned. Drug point owners would also sometimes act as leaders. Drug point owners were responsible for determining the price of the controlled substance. They were also responsible for giving instructions to other members of the DTO. They would conduct meetings to resolve issues, give instructions and discuss items of interest to the DTO.

32. Suppliers of controlled substances would obtain wholesale quantities of controlled substances and would transfer them to members of the DTO for further distribution.

33. Enforcers would possess, carry, brandish, use and discharge firearms to protect the leaders and members of the drug trafficking organization, the narcotics, and the proceeds derived from their sales, and to further accomplish the goals of the conspiracy. Enforcers often acted upon instructions given by the leaders and drug point owners of this organization. Enforcers would often provide protection to the drug trafficking organization's drug distribution points. Enforcers would sometimes participate in acts of violence, including murders.

34. Runners worked under the supervision of the leaders and drug point owners of the drug trafficking organization. They were responsible for providing sufficient narcotics to the sellers for further distribution at the drug points. They were also responsible for collecting the proceeds of drug sales and paying the street sellers. They would also supervise and make sure that there were street sellers for every shift at the drug points. At various times, they would be responsible for recruiting street sellers and additional runners. The runners would also

supervise the sellers and the daily activities at the drug points.

35. Sellers would distribute street quantity amounts of heroin, fentanyl, crack cocaine, cocaine, pills and marihuana. As sellers, they were accountable for the drug proceeds and the narcotics sold at the drug-distribution points.

36. Drug processors would package controlled substances for sale at the drug point. A member of the DTO would deliver controlled substances to the drug processor and the drug processor would take the large amount of controlled substances and put them into "baggies" or "vials" or "decks" or some other packaging so they could be sold at the drug point. Drug processors would often "cut" the controlled substances with another substances—sometimes a controlled substance and sometimes a non-controlled substance. Drug processors would also, on occasion, take controlled substances to the drug point and/or retrieve money from the drug point.

37. Lookouts would be at strategic locations to observe who was getting close to the drug point. If a lookout saw police or someone who could be an enemy they would so indicate over the two-way radios ("walkie-talkies," "scanners") to other members of the DTO to allow the other members to respond to the situation.

38. Members of the DTO would sometimes act in more than one of the above-named roles and would also perform other functions as needed.

All in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), 846 and 860.

## COUNT TWO

21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
*(Possession / Distribution of Heroin)*

From in or about the year 2021, and continuing up to and until the return of the instant Indictment, in the Municipality of Mayaguez and other areas nearby in the District of Puerto Rico and within the jurisdiction of this Court,

[1] JOSE ONAIRAM MEDINA MARRERO a/k/a "La O", Omayra, Onairam
[2] JEFFREY OMAR DELGADO LOPEZ a/k/a Jeffrey Menor, Menor
[3] CHRISTIAN ONEIL MELENDEZ LOPEZ a/k/a Chucky
[4] JOSUE LEE OBREGON VARGAS a/k/a Josu, Chaco, Cha Corta
[5] ULISES IRIZARRY SANTIAGO a/k/a Viejo, El Viejo Ulises, Patron, Chapo
[6] ANFERNEE JONANS MARTINEZ PEREZ a/k/a Penny
[7] RAMON MIGUEL RODRIGUEZ PACHECO a/k/a Piti, Pitin, Ramoncito Pacheco, Ramon el Gordo
[8] NELSON RAFAEL VARGAS VALENTIN a/k/a Junito
[9] CRISTIAN JOEL MERCADO RODRIGUEZ a/k/a Yoyin, Yovin
[10] ALEXIS OMAR MILLAN GARCIA a/k/a Millan, Millo, "La M".
[11] SATURNINO BARBOSA ORTIZ a/k/a El Viejo, Nino
[12] JEREMY OMAR GONZALEZ DIAZ
[13] RAFAEL ORLANDO MARTINEZ MERCADO a/k/a Rafita, Rafito
[14] LUIS EZEQUIEL BAYRON HERNANDEZ a/k/a Seco, El Zorro, Zeco
[15] ISRAEL ENRIQUE RIVERA DIAZ a/k/a Isra, Guajiro
[16] JEXIEL RIVERA ECHANDY a/k/a J. Echandy, "La J"
[17] WILJANIEL ECHANDY ORTIZ a/k/a Lenta, Will
[18] ANDRES DE JESUS CAMACHO a/k/a Panda, Zeta, Cheo, Tres Z
[19] DELVIS HABANELL TORRES ACEVEDO a/k/a Delvin, Habanell
[20] JOSE ISRAEL ROMAN IRIZARRY a/k/a Siki
[21] JIAM MAICO RAMOS VEGA, a/k/a Jan
[22] RICARDO ALEXIS TORRES RODRIGUEZ a/k/a Balita, Bala
[23] HECTOR LUCAS ZARAGOZA ALICEA a/k/a Lucas, Mostrito
[24] ALEXANDRE PEREZ DIAZ a/k/a Alex Quija, Quiju, Quija
[25] KEVIN ONEAL ROMAN ZAPATA a/k/a Kevin Walter
[26] MIGUEL ANGEL RODRIGUEZ PACHECO a/k/a Pitin Junior, Piti Junior, Piti
[27] LUIS ANGEL CRUZ PEREZ a/k/a Cecilio, "La S"
[28] ASHLEY ANGELY MARTELL PROSPER a/k/a La Rubia

[29] CARIDAD MIGDALI FERRER CARRERO a/k/a Cari, Claribel
[30] BETSY SANTIAGO ALMODOVAR a/k/a La Rubia, La Rubia de Cuestas
[31] NELSON RAFAEL VARGAS ALERS
[32] CRISTAL YARITS RIVERA MATÍAS
[33] LOUWARK GIOVANNI RODRIGUEZ RAMIREZ
[34] CHRISTIAN JAVIER MEDINA MARRERO
[35] CHRISTOPHER JOSE MEDINA MARRERO
[36] KEVIN BRYAN RUIZ MILLAN a/k/a Kevin El Gordo
[37] CHRISTIAN ONEIL FLORES RAMOS a/k/a Pollito, Pollo
[38] LESTER ROBERTO RODRIGUEZ
[39] JOSHUA OMAR CORNIER VALENTIN a/k/a Ojos Bellos, Joshi, Jota Cornier
[40] JOSE MEDINA PADILLA a/k/a Joselito
[41] ARISTIDES LORENZO RUPERTO
[42] JOSE ANTONIO RIVERA BARBOSA a/k/a Chiquitin
[43] ABDIEL OMAR SANCHEZ NEGRON a/k/a Blanquito, Blanco, Chimuelo
[44] FELIX ALBERTO ESTEVES VARGAS a/k/a Felo
[45] MOISES ISAAC GONZALEZ BAYRON a/k/a Moi
[46] NEFTALI SANTIAGO SANTIAGO a/k/a Gordo Papa
[47] JEREMY ONEELL RIVERA FLORES a/k/a Mon, Negro
[48] JOSHUA MENDEZ MONTES
[49] RYAN LOWELL MORENO ORTIZ, a/k/a Scarface, Motorita
[50] HECTOR M. COTTO RODRIGUEZ a/k/a Tello
[51] GARY JAYSON BONET MARTELL
[52] DWIGHT YONICE CARRERO RAMIREZ a/k/a Tripi
[53] KEITHY ENID ROSAS
[54] JOHN EMMANUEL VELEZ BORRERO a/k/a John el Negro, Johnsoto
[55] JOSE MANUEL VELEZ TORRES a/k/a JOSE EL BARROSO, UBIJA
[56] WALESKA MORALES MARTINEZ
[57] KELVIN CAMUY GONZALEZ a/k/a Camuy
[58] DIEGO ANDRES RIVERA BALLESTER
[59] ANGEL YANDEL FIGUEROA RIVERA a/k/a Dona
[60] WALTER JESUS COLON RODRIGUEZ a/k/a Walter el Viejo
[61] JOSE JOEL MORALES BAYRON a/k/a John Goti, Peste a Sobaco
[62] AMNIEL JOSUE MIRO NUNEZ a/k/a John Zeta
[63] MICHAEL JOSE DIAZ DERIUX, a/k/a Michael el Mono
[64] AMARILYS TORRES RIVERA
[65] ABIEZER BAYRON VARGAS
[66] JEAN MICHAEL CRUZ ROBLES a/k/a Jean Carlos
[67] EZEQUIEL JAMUEL SOLER VELEZ
[68] PLIMO ANIBAL PICART PADILLA
[69] ERIEL OMAR RODRIGUEZ CARRERO
[70] JESSE LUCRE RODRIGUEZ, a/k/a Macho, Machito

[71] DERECK ALBERTO CARRERO TORRES
[72] SANTOS ALEXIS GODEN RODRIGUEZ, a/k/a Alex Goden
[73] ZULEIKA MARIE FRED ECHEVARRIA, a/k/a La Tuca
[74] ELIZABETH DIAZ FABREGAS, a/k/a La Patrona
[75] DAYANAIRIS WAILANI OCASIO ORTIZ, a/k/a Dayan, El Pato, Edwin Javier Acosta Ortiz
[76]VICTOR GONZALEZ RAMIREZ
[77] CHRISTY MARIE ALICEA TORRES, a/k/a Marie
[78] LYDIA ODALYS PAGAN MARTINEZ, a/k/a La Flaca, La Boxeadora
[79] ROBERTO JR. GRANELL LOPEZ
[80] RUBI CRISTINA RODRIGUEZ QUIÑONES, a/k/a La Rubia
[81] ABDIEL MANUEL RUIZ LUCENA, a/k/a Nacho

the defendants herein, aiding and abetting one another, did knowingly and intentionally possess with intent to distribute, and distribute one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the real properties comprising the Sábalo Gardens Public Housing Project, Cuesta Las Piedras Public Housing Project, Yagüez Public Housing Project, Franklin Delano Roosevelt Public Housing Project, Colombus Landing Public Housing Project, Jardines de Concordia Public Housing Project, Monte Isleño Public Housing Project, Mar y Sol Public Housing Project, housing facilities owned by a public housing authority and within one thousand (1,000) feet of a real property comprising a public or private school and/or playground and other areas nearby.

All in violation of Title 21, U.S.C. §§ 841(a)(1) and (b)(1)(A)(i) and 860 and Title 18, U.S.C. § 2.

COUNT THREE
21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
*(Possession/Distribution of Cocaine Base)*

From in or about the year 2021, and continuing up to and until the return of the instant Indictment, in the Municipality of Mayaguez and other areas nearby in the District of Puerto Rico, and within the jurisdiction of this Court,

[1] JOSE ONAIRAM MEDINA MARRERO a/k/a "La O", Omayra, Onairam
[2] JEFFREY OMAR DELGADO LOPEZ a/k/a Jeffrey Menor, Menor
[3] CHRISTIAN ONEIL MELENDEZ LOPEZ a/k/a Chucky
[4] JOSUE LEE OBREGON VARGAS a/k/a Josu, Chaco, Cha Corta
[5] ULISES IRIZARRY SANTIAGO a/k/a Viejo, El Viejo Ulises, Patron, Chapo
[6] ANFERNEE JONANS MARTINEZ PEREZ a/k/a Penny
[7] RAMON MIGUEL RODRIGUEZ PACHECO a/k/a Piti, Pitin, Ramoncito Pacheco, Ramon el Gordo
[8] NELSON RAFAEL VARGAS VALENTIN a/k/a Junito
[9] CRISTIAN JOEL MERCADO RODRIGUEZ a/k/a Yoyin, Yovin
[10] ALEXIS OMAR MILLAN GARCIA a/k/a Millan, Millo, "La M".
[11] SATURNINO BARBOSA ORTIZ a/k/a El Viejo, Nino
[12] JEREMY OMAR GONZALEZ DIAZ
[13] RAFAEL ORLANDO MARTINEZ MERCADO a/k/a Rafita, Rafito
[14] LUIS EZEQUIEL BAYRON HERNANDEZ a/k/a Seco, El Zorro, Zeco
[15] ISRAEL ENRIQUE RIVERA DIAZ a/k/a Isra, Guajiro
[16] JEXIEL RIVERA ECHANDY a/k/a J. Echandy, "La J"
[17] WILJANIEL ECHANDY ORTIZ a/k/a Lenta, Will
[18] ANDRES DE JESUS CAMACHO a/k/a Panda, Zeta, Cheo, Tres Z
[19] DELVIS HABANELL TORRES ACEVEDO a/k/a Delvin, Habanell
[20] JOSE ISRAEL ROMAN IRIZARRY a/k/a Siki
[21] JIAM MAICO RAMOS VEGA, a/k/a Jan
[22] RICARDO ALEXIS TORRES RODRIGUEZ a/k/a Balita, Bala
[23] HECTOR LUCAS ZARAGOZA ALICEA a/k/a Lucas, Mostrito
[24] ALEXANDRE PEREZ DIAZ a/k/a Alex Quija, Quiju, Quija
[25] KEVIN ONEAL ROMAN ZAPATA a/k/a Kevin Walter
[26] MIGUEL ANGEL RODRIGUEZ PACHECO a/k/a Pitin Junior, Piti Junior, Piti
[27] LUIS ANGEL CRUZ PEREZ a/k/a Cecilio, "La S"

[28] ASHLEY ANGELY MARTELL PROSPER a/k/a La Rubia
[29] CARIDAD MIGDALI FERRER CARRERO a/k/a Cari, Claribel
[30] BETSY SANTIAGO ALMODOVAR a/k/a La Rubia, La Rubia de Cuestas
[31] NELSON RAFAEL VARGAS ALERS
[32] CRISTAL YARITS RIVERA MATÍAS
[33] LOUWARK GIOVANNI RODRIGUEZ RAMIREZ
[34] CHRISTIAN JAVIER MEDINA MARRERO
[35] CHRISTOPHER JOSE MEDINA MARRERO
[36] KEVIN BRYAN RUIZ MILLAN a/k/a Kevin El Gordo
[37] CHRISTIAN ONEIL FLORES RAMOS a/k/a Pollito, Pollo
[38] LESTER ROBERTO RODRIGUEZ
[39] JOSHUA OMAR CORNIER VALENTIN a/k/a Ojos Bellos, Joshi, Jota Cornier
[40] JOSE MEDINA PADILLA a/k/a Joselito
[41] ARISTIDES LORENZO RUPERTO
[42] JOSE ANTONIO RIVERA BARBOSA a/k/a Chiquitin
[43] ABDIEL OMAR SANCHEZ NEGRON a/k/a Blanquito, Blanco, Chimuelo
[44] FELIX ALBERTO ESTEVES VARGAS a/k/a Felo
[45] MOISES ISAAC GONZALEZ BAYRON a/k/a Moi
[46] NEFTALI SANTIAGO SANTIAGO a/k/a Gordo Papa
[47] JEREMY ONEELL RIVERA FLORES a/k/a Mon, Negro
[48] JOSHUA MENDEZ MONTES
[49] RYAN LOWELL MORENO ORTIZ, a/k/a Scarface, Motorita
[50] HECTOR M. COTTO RODRIGUEZ a/k/a Tello
[51] GARY JAYSON BONET MARTELL
[52] DWIGHT YONICE CARRERO RAMIREZ a/k/a Tripi
[53] KEITHY ENID ROSAS
[54] JOHN EMMANUEL VELEZ BORRERO a/k/a John el Negro, Johnsoto
[55] JOSE MANUEL VELEZ TORRES a/k/a JOSE EL BARROSO, UBIJA
[56] WALESKA MORALES MARTINEZ
[57] KELVIN CAMUY GONZALEZ a/k/a Camuy
[58] DIEGO ANDRES RIVERA BALLESTER
[59] ANGEL YANDEL FIGUEROA RIVERA a/k/a Dona
[60] WALTER JESUS COLON RODRIGUEZ a/k/a Walter el Viejo
[61] JOSE JOEL MORALES BAYRON a/k/a John Goti, Peste a Sobaco
[62] AMNIEL JOSUE MIRO NUNEZ a/k/a John Zeta
[63] MICHAEL JOSE DIAZ DERIUX, a/k/a Michael el Mono
[64] AMARILYS TORRES RIVERA
[65] ABIEZER BAYRON VARGAS
[66] JEAN MICHAEL CRUZ ROBLES a/k/a Jean Carlos
[67] EZEQUIEL JAMUEL SOLER VELEZ
[68] PLIMO ANIBAL PICART PADILLA
[69] ERIEL OMAR RODRIGUEZ CARRERO

[70] JESSE LUCRE RODRIGUEZ, a/k/a Macho, Machito
[71] DERECK ALBERTO CARRERO TORRES
[72] SANTOS ALEXIS GODEN RODRIGUEZ, a/k/a Alex Goden
[73] ZULEIKA MARIE FRED ECHEVARRIA, a/k/a La Tuca
[74] ELIZABETH DIAZ FABREGAS, a/k/a La Patrona
[75] DAYANAIRIS WAILANI OCASIO ORTIZ, a/k/a Dayan, El Pato, Edwin Javier Acosta Ortiz
[76]VICTOR GONZALEZ RAMIREZ
[77] CHRISTY MARIE ALICEA TORRES, a/k/a Marie
[78] LYDIA ODALYS PAGAN MARTINEZ, a/k/a La Flaca, La Boxeadora
[79] ROBERTO JR. GRANELL LOPEZ
[80] RUBI CRISTINA RODRIGUEZ QUIÑONES, a/k/a La Rubia
[81] ABDIEL MANUEL RUIZ LUCENA, a/k/a Nacho

the defendants herein, aiding and abetting one another, did knowingly and intentionally possess with intent to distribute and distribute two hundred and eighty (280) grams or more of a mixture or substance containing a detectable amount of cocaine base (Crack), a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the real properties comprising the Sábalo Gardens Public Housing Project, Cuesta Las Piedras Public Housing Project, Yagüez Public Housing Project, Franklin Delano Roosevelt Public Housing Project, Colombus Landing Public Housing Project, Jardines de Concordia Public Housing Project, Monte Isleño Public Housing Project, Mar y Sol Public Housing Project, housing facilities owned by a public housing authority and within one thousand (1,000) feet of a real property comprising a public or private school and/or playground and other areas nearby.

All in violation of Title 21, U.S.C. §§ 841(a)(1) and (b)(1)(A)(iii) and 860 and Title 18, U.S.C. § 2.

## COUNT FOUR

21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
*(Possession/Distribution of Cocaine)*

From in or about the year 2021, and continuing up to and until the return of the instant Indictment, in the Municipality of Mayaguez and other areas nearby in the District of Puerto Rico and within the jurisdiction of this Court,

[1] JOSE ONAIRAM MEDINA MARRERO a/k/a "La O", Omayra, Onairam
[2] JEFFREY OMAR DELGADO LOPEZ a/k/a Jeffrey Menor, Menor
[3] CHRISTIAN ONEIL MELENDEZ LOPEZ a/k/a Chucky
[4] JOSUE LEE OBREGON VARGAS a/k/a Josu, Chaco, Cha Corta
[5] ULISES IRIZARRY SANTIAGO a/k/a Viejo, El Viejo Ulises, Patron, Chapo
[6] ANFERNEE JONANS MARTINEZ PEREZ a/k/a Penny
[7] RAMON MIGUEL RODRIGUEZ PACHECO a/k/a Piti, Pitin, Ramoncito Pacheco, Ramon el Gordo
[8] NELSON RAFAEL VARGAS VALENTIN a/k/a Junito
[9] CRISTIAN JOEL MERCADO RODRIGUEZ a/k/a Yoyin, Yovin
[10] ALEXIS OMAR MILLAN GARCIA a/k/a Millan, Millo, "La M".
[11] SATURNINO BARBOSA ORTIZ a/k/a El Viejo, Nino
[12] JEREMY OMAR GONZALEZ DIAZ
[13] RAFAEL ORLANDO MARTINEZ MERCADO a/k/a Rafita, Rafito
[14] LUIS EZEQUIEL BAYRON HERNANDEZ a/k/a Seco, El Zorro, Zeco
[15] ISRAEL ENRIQUE RIVERA DIAZ a/k/a Isra, Guajiro
[16] JEXIEL RIVERA ECHANDY a/k/a J. Echandy, "La J"
[17] WILJANIEL ECHANDY ORTIZ a/k/a Lenta, Will
[18] ANDRES DE JESUS CAMACHO a/k/a Panda, Zeta, Cheo, Tres Z
[19] DELVIS HABANELL TORRES ACEVEDO a/k/a Delvin, Habanell
[20] JOSE ISRAEL ROMAN IRIZARRY a/k/a Siki
[21] JIAM MAICO RAMOS VEGA, a/k/a Jan
[22] RICARDO ALEXIS TORRES RODRIGUEZ a/k/a Balita, Bala
[23] HECTOR LUCAS ZARAGOZA ALICEA a/k/a Lucas, Mostrito
[24] ALEXANDRE PEREZ DIAZ a/k/a Alex Quija, Quiju, Quija
[25] KEVIN ONEAL ROMAN ZAPATA a/k/a Kevin Walter
[26] MIGUEL ANGEL RODRIGUEZ PACHECO a/k/a Pitin Junior, Piti Junior, Piti
[27] LUIS ANGEL CRUZ PEREZ a/k/a Cecilio, "La S"

[28] ASHLEY ANGELY MARTELL PROSPER a/k/a La Rubia
[29] CARIDAD MIGDALI FERRER CARRERO a/k/a Cari, Claribel
[30] BETSY SANTIAGO ALMODOVAR a/k/a La Rubia, La Rubia de Cuestas
[31] NELSON RAFAEL VARGAS ALERS
[32] CRISTAL YARITS RIVERA MATÍAS
[33] LOUWARK GIOVANNI RODRIGUEZ RAMIREZ
[34] CHRISTIAN JAVIER MEDINA MARRERO
[35] CHRISTOPHER JOSE MEDINA MARRERO
[36] KEVIN BRYAN RUIZ MILLAN a/k/a Kevin El Gordo
[37] CHRISTIAN ONEIL FLORES RAMOS a/k/a Pollito, Pollo
[38] LESTER ROBERTO RODRIGUEZ
[39] JOSHUA OMAR CORNIER VALENTIN a/k/a Ojos Bellos, Joshi, Jota Cornier
[40] JOSE MEDINA PADILLA a/k/a Joselito
[41] ARISTIDES LORENZO RUPERTO
[42] JOSE ANTONIO RIVERA BARBOSA a/k/a Chiquitin
[43] ABDIEL OMAR SANCHEZ NEGRON a/k/a Blanquito, Blanco, Chimuelo
[44] FELIX ALBERTO ESTEVES VARGAS a/k/a Felo
[45] MOISES ISAAC GONZALEZ BAYRON a/k/a Moi
[46] NEFTALI SANTIAGO SANTIAGO a/k/a Gordo Papa
[47] JEREMY ONEELL RIVERA FLORES a/k/a Mon, Negro
[48] JOSHUA MENDEZ MONTES
[49] RYAN LOWELL MORENO ORTIZ, a/k/a Scarface, Motorita
[50] HECTOR M. COTTO RODRIGUEZ a/k/a Tello
[51] GARY JAYSON BONET MARTELL
[52] DWIGHT YONICE CARRERO RAMIREZ a/k/a Tripi
[53] KEITHY ENID ROSAS
[54] JOHN EMMANUEL VELEZ BORRERO a/k/a John el Negro, Johnsoto
[55] JOSE MANUEL VELEZ TORRES a/k/a JOSE EL BARROSO, UBIJA
[56] WALESKA MORALES MARTINEZ
[57] KELVIN CAMUY GONZALEZ a/k/a Camuy
[58] DIEGO ANDRES RIVERA BALLESTER
[59] ANGEL YANDEL FIGUEROA RIVERA a/k/a Dona
[60] WALTER JESUS COLON RODRIGUEZ a/k/a Walter el Viejo
[61] JOSE JOEL MORALES BAYRON a/k/a John Goti, Peste a Sobaco
[62] AMNIEL JOSUE MIRO NUNEZ a/k/a John Zeta
[63] MICHAEL JOSE DIAZ DERIUX, a/k/a Michael el Mono
[64] AMARILYS TORRES RIVERA
[65] ABIEZER BAYRON VARGAS
[66] JEAN MICHAEL CRUZ ROBLES a/k/a Jean Carlos
[67] EZEQUIEL JAMUEL SOLER VELEZ
[68] PLIMO ANIBAL PICART PADILLA
[69] ERIEL OMAR RODRIGUEZ CARRERO

[70] JESSE LUCRE RODRIGUEZ, a/k/a Macho, Machito
[71] DERECK ALBERTO CARRERO TORRES
[72] SANTOS ALEXIS GODEN RODRIGUEZ, a/k/a Alex Goden
[73] ZULEIKA MARIE FRED ECHEVARRIA, a/k/a La Tuca
[74] ELIZABETH DIAZ FABREGAS, a/k/a La Patrona
[75] DAYANAIRIS WAILANI OCASIO ORTIZ, a/k/a Dayan, El Pato, Edwin Javier Acosta Ortiz
[76]VICTOR GONZALEZ RAMIREZ
[77] CHRISTY MARIE ALICEA TORRES, a/k/a Marie
[78] LYDIA ODALYS PAGAN MARTINEZ, a/k/a La Flaca, La Boxeadora
[79] ROBERTO JR. GRANELL LOPEZ
[80] RUBI CRISTINA RODRIGUEZ QUIÑONES, a/k/a La Rubia
[81] ABDIEL MANUEL RUIZ LUCENA, a/k/a Nacho

the defendants herein, aiding and abetting one another, did knowingly and intentionally, possess with intent to distribute and distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the real properties comprising the Sábalo Gardens Public Housing Project, Cuesta Las Piedras Public Housing Project, Yagüez Public Housing Project, Franklin Delano Roosevelt Public Housing Project, Colombus Landing Public Housing Project, Jardines de Concordia Public Housing Project, Monte Isleño Public Housing Project, Mar y Sol Public Housing Project, housing facilities owned by a public housing authority and within one thousand (1,000) feet of a real property comprising a public or private school and/or playground and other areas nearby.

All in violation of Title 21, U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii) and 860 and Title 18, U.S.C. § 2.

COUNT FIVE

21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
*(Possession/Distribution of Marihuana)*

From in or about the year 2021, and continuing up to and until the return of the instant Indictment, in the Municipality of Mayaguez and other areas nearby in the District of Puerto Rico, and within the jurisdiction of this Court,

[1] JOSE ONAIRAM MEDINA MARRERO a/k/a "La O", Omayra, Onairam
[2] JEFFREY OMAR DELGADO LOPEZ a/k/a Jeffrey Menor, Menor
[3] CHRISTIAN ONEIL MELENDEZ LOPEZ a/k/a Chucky
[4] JOSUE LEE OBREGON VARGAS a/k/a Josu, Chaco, Cha Corta
[5] ULISES IRIZARRY SANTIAGO a/k/a Viejo, El Viejo Ulises, Patron, Chapo
[6] ANFERNEE JONANS MARTINEZ PEREZ a/k/a Penny
[7] RAMON MIGUEL RODRIGUEZ PACHECO a/k/a Piti, Pitin, Ramoncito Pacheco, Ramon el Gordo
[8] NELSON RAFAEL VARGAS VALENTIN a/k/a Junito
[9] CRISTIAN JOEL MERCADO RODRIGUEZ a/k/a Yoyin, Yovin
[10] ALEXIS OMAR MILLAN GARCIA a/k/a Millan, Millo, "La M".
[11] SATURNINO BARBOSA ORTIZ a/k/a El Viejo, Nino
[12] JEREMY OMAR GONZALEZ DIAZ
[13] RAFAEL ORLANDO MARTINEZ MERCADO a/k/a Rafita, Rafito
[14] LUIS EZEQUIEL BAYRON HERNANDEZ a/k/a Seco, El Zorro, Zeco
[15] ISRAEL ENRIQUE RIVERA DIAZ a/k/a Isra, Guajiro
[16] JEXIEL RIVERA ECHANDY a/k/a J. Echandy, "La J"
[17] WILJANIEL ECHANDY ORTIZ a/k/a Lenta, Will
[18] ANDRES DE JESUS CAMACHO a/k/a Panda, Zeta, Cheo, Tres Z
[19] DELVIS HABANELL TORRES ACEVEDO a/k/a Delvin, Habanell
[20] JOSE ISRAEL ROMAN IRIZARRY a/k/a Siki
[21] JIAM MAICO RAMOS VEGA, a/k/a Jan
[22] RICARDO ALEXIS TORRES RODRIGUEZ a/k/a Balita, Bala
[23] HECTOR LUCAS ZARAGOZA ALICEA a/k/a Lucas, Mostrito
[24] ALEXANDRE PEREZ DIAZ a/k/a Alex Quija, Quiju, Quija
[25] KEVIN ONEAL ROMAN ZAPATA a/k/a Kevin Walter
[26] MIGUEL ANGEL RODRIGUEZ PACHECO a/k/a Pitin Junior, Piti Junior, Piti
[27] LUIS ANGEL CRUZ PEREZ a/k/a Cecilio, "La S"
[28] ASHLEY ANGELY MARTELL PROSPER a/k/a La Rubia
[29] CARIDAD MIGDALI FERRER CARRERO a/k/a Cari, Claribel
[30] BETSY SANTIAGO ALMODOVAR a/k/a La Rubia, La Rubia de Cuestas

[31] NELSON RAFAEL VARGAS ALERS
[32] CRISTAL YARITS RIVERA MATÍAS
[33] LOUWARK GIOVANNI RODRIGUEZ RAMIREZ
[34] CHRISTIAN JAVIER MEDINA MARRERO
[35] CHRISTOPHER JOSE MEDINA MARRERO
[36] KEVIN BRYAN RUIZ MILLAN a/k/a Kevin El Gordo
[37] CHRISTIAN ONEIL FLORES RAMOS a/k/a Pollito, Pollo
[38] LESTER ROBERTO RODRIGUEZ
[39] JOSHUA OMAR CORNIER VALENTIN a/k/a Ojos Bellos, Joshi, Jota Cornier
[40] JOSE MEDINA PADILLA a/k/a Joselito
[41] ARISTIDES LORENZO RUPERTO
[42] JOSE ANTONIO RIVERA BARBOSA a/k/a Chiquitin
[43] ABDIEL OMAR SANCHEZ NEGRON a/k/a Blanquito, Blanco, Chimuelo
[44] FELIX ALBERTO ESTEVES VARGAS a/k/a Felo
[45] MOISES ISAAC GONZALEZ BAYRON a/k/a Moi
[46] NEFTALI SANTIAGO SANTIAGO a/k/a Gordo Papa
[47] JEREMY ONEELL RIVERA FLORES a/k/a Mon, Negro
[48] JOSHUA MENDEZ MONTES
[49] RYAN LOWELL MORENO ORTIZ, a/k/a Scarface, Motorita
[50] HECTOR M. COTTO RODRIGUEZ a/k/a Tello
[51] GARY JAYSON BONET MARTELL
[52] DWIGHT YONICE CARRERO RAMIREZ a/k/a Tripi
[53] KEITHY ENID ROSAS
[54] JOHN EMMANUEL VELEZ BORRERO a/k/a John el Negro, Johnsoto
[55] JOSE MANUEL VELEZ TORRES a/k/a JOSE EL BARROSO, UBIJA
[56] WALESKA MORALES MARTINEZ
[57] KELVIN CAMUY GONZALEZ a/k/a Camuy
[58] DIEGO ANDRES RIVERA BALLESTER
[59] ANGEL YANDEL FIGUEROA RIVERA a/k/a Dona
[60] WALTER JESUS COLON RODRIGUEZ a/k/a Walter el Viejo
[61] JOSE JOEL MORALES BAYRON a/k/a John Goti, Peste a Sobaco
[62] AMNIEL JOSUE MIRO NUNEZ a/k/a John Zeta
[63] MICHAEL JOSE DIAZ DERIUX, a/k/a Michael el Mono
[64] AMARILYS TORRES RIVERA
[65] ABIEZER BAYRON VARGAS
[66] JEAN MICHAEL CRUZ ROBLES a/k/a Jean Carlos
[67] EZEQUIEL JAMUEL SOLER VELEZ
[68] PLIMO ANIBAL PICART PADILLA
[69] ERIEL OMAR RODRIGUEZ CARRERO
[70] JESSE LUCRE RODRIGUEZ, a/k/a Macho, Machito
[71] DERECK ALBERTO CARRERO TORRES
[72] SANTOS ALEXIS GODEN RODRIGUEZ, a/k/a Alex Goden

[73] ZULEIKA MARIE FRED ECHEVARRIA, a/k/a La Tuca
[74] ELIZABETH DIAZ FABREGAS, a/k/a La Patrona
[75] DAYANAIRIS WAILANI OCASIO ORTIZ, a/k/a Dayan, El Pato, Edwin Javier Acosta Ortiz
[76]VICTOR GONZALEZ RAMIREZ
[77] CHRISTY MARIE ALICEA TORRES, a/k/a Marie
[78] LYDIA ODALYS PAGAN MARTINEZ, a/k/a La Flaca, La Boxeadora
[79] ROBERTO JR. GRANELL LOPEZ
[80] RUBI CRISTINA RODRIGUEZ QUIÑONES, a/k/a La Rubia
[81] ABDIEL MANUEL RUIZ LUCENA, a/k/a Nacho

the defendants herein, aiding and abetting one another, did knowingly and intentionally, possess with intent to distribute and distribute one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marihuana, a Schedule I Controlled Substance, within one thousand (1,000) feet of the real properties comprising the Sábalo Gardens Public Housing Project, Cuesta Las Piedras Public Housing Project, Yagüez Public Housing Project, Franklin Delano Roosevelt Public Housing Project, Colombus Landing Public Housing Project, Jardines de Concordia Public Housing Project, Monte Isleño Public Housing Project, Mar y Sol Public Housing Project, housing facilities owned by a public housing authority and within one thousand (1,000) feet of a real property comprising a public or private school and/or playground and other areas nearby.

All in violation of Title 21, U.S.C. §§ 841(a)(1) and (b)(1)(B)(vii) and 860 and Title 18, U.S.C. § 2.

COUNT SIX

21 U.S.C. § 841(a)(1) and (b)(1)(A) & 18 U.S.C. § 2
*(Possession/Distribution of Fentanyl)*

From in or about the year 2021, and continuing up to and until the date of the return of the instant Indictment, in the Municipality of Mayaguez, Puerto Rico and other areas nearby in the District of Puerto Rico, and within the jurisdiction of this Court,

[1] JOSE ONAIRAM MEDINA MARRERO a/k/a "La O", Omayra, Onairam
[2] JEFFREY OMAR DELGADO LOPEZ a/k/a Jeffrey Menor, Menor
[3] CHRISTIAN ONEIL MELENDEZ LOPEZ a/k/a Chucky
[4] JOSUE LEE OBREGON VARGAS a/k/a Josu, Chaco, Cha Corta
[5] ULISES IRIZARRY SANTIAGO a/k/a Viejo, El Viejo Ulises, Patron, Chapo
[6] ANFERNEE JONANS MARTINEZ PEREZ a/k/a Penny
[7] RAMON MIGUEL RODRIGUEZ PACHECO a/k/a Piti, Pitin, Ramoncito Pacheco, Ramon el Gordo
[8] NELSON RAFAEL VARGAS VALENTIN a/k/a Junito
[9] CRISTIAN JOEL MERCADO RODRIGUEZ a/k/a Yoyin, Yovin
[10] ALEXIS OMAR MILLAN GARCIA a/k/a Millan, Millo, "La M"
[11] SATURNINO BARBOSA ORTIZ a/k/a El Viejo, Nino
[12] JEREMY OMAR GONZALEZ DIAZ
[13] RAFAEL ORLANDO MARTINEZ MERCADO a/k/a Rafita, Rafito
[14] LUIS EZEQUIEL BAYRON HERNANDEZ a/k/a Seco, El Zorro, Zeco
[15] ISRAEL ENRIQUE RIVERA DIAZ a/k/a Isra, Guajiro
[16] JEXIEL RIVERA ECHANDY a/k/a J. Echandy, "La J"
[17] WILJANIEL ECHANDY ORTIZ a/k/a Lenta, Will
[18] ANDRES DE JESUS CAMACHO a/k/a Panda, Zeta, Cheo, Tres Z
[19] DELVIS HABANELL TORRES ACEVEDO a/k/a Delvin, Habanell
[20] JOSE ISRAEL ROMAN IRIZARRY a/k/a Siki
[21] JIAM MAICO RAMOS VEGA, a/k/a Jan
[22] RICARDO ALEXIS TORRES RODRIGUEZ a/k/a Balita, Bala
[23] HECTOR LUCAS ZARAGOZA ALICEA a/k/a Lucas, Mostrito
[24] ALEXANDRE PEREZ DIAZ a/k/a Alex Quija, Quiju, Quija
[25] KEVIN ONEAL ROMAN ZAPATA a/k/a Kevin Walter
[26] MIGUEL ANGEL RODRIGUEZ PACHECO a/k/a Pitin Junior, Piti Junior, Piti
[27] LUIS ANGEL CRUZ PEREZ a/k/a Cecilio, "La S"
[28] ASHLEY ANGELY MARTELL PROSPER a/k/a La Rubia

[29] CARIDAD MIGDALI FERRER CARRERO a/k/a Cari, Claribel
[30] BETSY SANTIAGO ALMODOVAR a/k/a La Rubia, La Rubia de Cuestas
[31] NELSON RAFAEL VARGAS ALERS
[32] CRISTAL YARITS RIVERA MATÍAS
[33] LOUWARK GIOVANNI RODRIGUEZ RAMIREZ
[34] CHRISTIAN JAVIER MEDINA MARRERO
[35] CHRISTOPHER JOSE MEDINA MARRERO
[36] KEVIN BRYAN RUIZ MILLAN a/k/a Kevin El Gordo
[37] CHRISTIAN ONEIL FLORES RAMOS a/k/a Pollito, Pollo
[38] LESTER ROBERTO RODRIGUEZ
[39] JOSHUA OMAR CORNIER VALENTIN a/k/a Ojos Bellos, Joshi, Jota Cornier
[40] JOSE MEDINA PADILLA a/k/a Joselito
[41] ARISTIDES LORENZO RUPERTO
[42] JOSE ANTONIO RIVERA BARBOSA a/k/a Chiquitin
[43] ABDIEL OMAR SANCHEZ NEGRON a/k/a Blanquito, Blanco, Chimuelo
[44] FELIX ALBERTO ESTEVES VARGAS a/k/a Felo
[45] MOISES ISAAC GONZALEZ BAYRON a/k/a Moi
[46] NEFTALI SANTIAGO SANTIAGO a/k/a Gordo Papa
[47] JEREMY ONEELL RIVERA FLORES a/k/a Mon, Negro
[48] JOSHUA MENDEZ MONTES
[49] RYAN LOWELL MORENO ORTIZ, a/k/a Scarface, Motorita
[50] HECTOR M. COTTO RODRIGUEZ a/k/a Tello
[51] GARY JAYSON BONET MARTELL
[52] DWIGHT YONICE CARRERO RAMIREZ a/k/a Tripi
[53] KEITHY ENID ROSAS
[54] JOHN EMMANUEL VELEZ BORRERO a/k/a John el Negro, Johnsoto
[55] JOSE MANUEL VELEZ TORRES a/k/a JOSE EL BARROSO, UBIJA
[56] WALESKA MORALES MARTINEZ
[57] KELVIN CAMUY GONZALEZ a/k/a Camuy
[58] DIEGO ANDRES RIVERA BALLESTER
[59] ANGEL YANDEL FIGUEROA RIVERA a/k/a Dona
[60] WALTER JESUS COLON RODRIGUEZ a/k/a Walter el Viejo
[61] JOSE JOEL MORALES BAYRON a/k/a John Goti, Peste a Sobaco
[62] AMNIEL JOSUE MIRO NUNEZ a/k/a John Zeta
[63] MICHAEL JOSE DIAZ DERIUX, a/k/a Michael el Mono
[64] AMARILYS TORRES RIVERA
[65] ABIEZER BAYRON VARGAS
[66] JEAN MICHAEL CRUZ ROBLES a/k/a Jean Carlos
[67] EZEQUIEL JAMUEL SOLER VELEZ
[68] PLIMO ANIBAL PICART PADILLA
[69] ERIEL OMAR RODRIGUEZ CARRERO
[70] JESSE LUCRE RODRIGUEZ, a/k/a Macho, Machito

[71] DERECK ALBERTO CARRERO TORRES
[72] SANTOS ALEXIS GODEN RODRIGUEZ, a/k/a Alex Goden
[73] ZULEIKA MARIE FRED ECHEVARRIA, a/k/a La Tuca
[74] ELIZABETH DIAZ FABREGAS, a/k/a La Patrona
[75] DAYANAIRIS WAILANI OCASIO ORTIZ, a/k/a Dayan, El Pato, Edwin Javier Acosta Ortiz
[76]VICTOR GONZALEZ RAMIREZ
[77] CHRISTY MARIE ALICEA TORRES, a/k/a Marie
[78] LYDIA ODALYS PAGAN MARTINEZ, a/k/a La Flaca, La Boxeadora
[79] ROBERTO JR. GRANELL LOPEZ
[80] RUBI CRISTINA RODRIGUEZ QUIÑONES, a/k/a La Rubia
[81] ABDIEL MANUEL RUIZ LUCENA, a/k/a Nacho

the defendants herein, aiding and abetting one another, did knowingly and intentionally, possess with intent to distribute and distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4piperidinyl] propenamide or 100 grams or more of a mixture or substance containing a detectable amount of any analogue N-phenyl-N-[1-(2-phenylethyl)-4piperidinyl] propenamide, a Schedule I Controlled Substance, within one thousand (1,000) feet of the real properties comprising the Sábalo Gardens Public Housing Project, Cuesta Las Piedras Public Housing Project, Yagüez Public Housing Project, Franklin Delano Roosevelt Public Housing Project, Colombus Landing Public Housing Project, Jardines de Concordia Public Housing Project, Monte Isleño Public Housing Project, Mar y Sol Public Housing Project, housing facilities owned by a public housing authority and within one thousand (1,000) feet of a real property comprising a public or private school and/or playground and other areas nearby.

All in violation of Title 21, U.S.C., §§ 841(a)(1) and (b)(1)(A) and 860 and Title 18, U.S.C., § 2.

COUNT SEVEN
18 U.S.C. §§ 924(c)(1)(A) & 2
*(Possession of Firearms in Furtherance of a Drug Trafficking Crime)*

From in or about the year 2021, and continuing up to and until the return of the instant Indictment, in the Municipality of Mayaguez and other areas nearby in the District of Puerto Rico, and within the jurisdiction of this Court,

[1] JOSE ONAIRAM MEDINA MARRERO a/k/a "La O", Omayra, Onairam
[2] JEFFREY OMAR DELGADO LOPEZ a/k/a Jeffrey Menor, Menor
[3] CHRISTIAN ONEIL MELENDEZ LOPEZ a/k/a Chucky
[4] JOSUE LEE OBREGON VARGAS a/k/a Josu, Chaco, Cha Corta
[7] RAMON MIGUEL RODRIGUEZ PACHECO a/k/a Piti, Pitin, Ramoncito Pacheco, Ramon el Gordo
[8] NELSON RAFAEL VARGAS VALENTIN a/k/a Junito
[9] CRISTIAN JOEL MERCADO RODRIGUEZ a/k/a Yoyin, Yovin
[10] ALEXIS OMAR MILLAN GARCIA a/k/a Millan, Millo, "La M".
[12] JEREMY OMAR GONZALEZ DIAZ
[13] RAFAEL ORLANDO MARTINEZ MERCADO a/k/a Rafita, Rafito
[15] ISRAEL ENRIQUE RIVERA DIAZ a/k/a Isra, Guajiro
[17] WILJANIEL ECHANDY ORTIZ a/k/a Lenta, Will
[18] ANDRES DE JESUS CAMACHO a/k/a Panda, Zeta, Cheo, Tres Z
[20] JOSE ISRAEL ROMAN IRIZARRY a/k/a Siki
[22] RICARDO ALEXIS TORRES RODRIGUEZ a/k/a Balita, Bala
[23] HECTOR LUCAS ZARAGOZA ALICEA a/k/a Lucas, Mostrito
[41] ARISTIDES LORENZO RUPERTO
[44] FELIX ALBERTO ESTEVES VARGAS a/k/a Felo
[45] MOISES ISAAC GONZALEZ BAYRON a/k/a Moi
[49] RYAN LOWELL MORENO ORTIZ, a/k/a Scarface, Motorita
[54] JOHN EMMANUEL VELEZ BORRERO a/k/a John el Negro, Johnsoto

the defendants herein, adding and abetting one another, did knowingly and unlawfully possess firearms, of unknown make and caliber, as that term is defined in Title 18 U.S.C. §§ 921(a)(3), in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States: that is, possession with intent to distribute

controlled substances as charged in Counts One through Six of this Indictment, pursuant to Title 21 U.S.C. §§ 841(a)(1), 846 and 860.

All in violation of Title 18 U.S.C. § 924(c)(1)(A) and Title 18, U.S.C. § 2.

NARCOTICS FORFEITURE ALLEGATION
21 U.S.C. § 853(a)(1) and (2)

1. The allegations contained in Counts One through Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21 U.S.C.§ 853.
2. Pursuant to Title 21 U.S.C. § 853, upon conviction of an offense in violation of Title 21 U.S.C. § 846, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following: A sum of money equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which the defendant is convicted, to wit: $49,753,725.00 in U.S. Currency. If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offenses.
3. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21 U.S.C.§ 853(p).

*CONTINUES ON NEXT PAGE*

FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c)

The allegations contained in Counts One through Eight of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18 U.S.C.§ 924(d) and Title 28 U.S.C.§ 2461(c).

Upon conviction of the offenses in violation of Title 18 U.S.C.§ 924(c), set forth in Count Seven of this Indictment, the defendants,

[1] JOSE ONAIRAM MEDINA MARRERO a/k/a "La O", Omayra, Onairam
[2] JEFFREY OMAR DELGADO LOPEZ a/k/a Jeffrey Menor, Menor
[3] CHRISTIAN ONEIL MELENDEZ LOPEZ a/k/a Chucky
[4] JOSUE LEE OBREGON VARGAS a/k/a Josu, Chaco, Cha Corta
[7] RAMON MIGUEL RODRIGUEZ PACHECO a/k/a Piti, Pitin, Ramoncito Pacheco, Ramon el Gordo
[8] NELSON RAFAEL VARGAS VALENTIN a/k/a Junito
[9] CRISTIAN JOEL MERCADO RODRIGUEZ a/k/a Yoyin, Yovin
[10] ALEXIS OMAR MILLAN GARCIA a/k/a Millan, Millo, "La M".
[12] JEREMY OMAR GONZALEZ DIAZ
[13] RAFAEL ORLANDO MARTINEZ MERCADO a/k/a Rafita, Rafito
[15] ISRAEL ENRIQUE RIVERA DIAZ a/k/a Isra, Guajiro
[17] WILJANIEL ECHANDY ORTIZ a/k/a Lenta, Will
[18] ANDRES DE JESUS CAMACHO a/k/a Panda, Zeta, Cheo, Tres Z
[20] JOSE ISRAEL ROMAN IRIZARRY a/k/a Siki
[22] RICARDO ALEXIS TORRES RODRIGUEZ a/k/a Balita, Bala
[23] HECTOR LUCAS ZARAGOZA ALICEA a/k/a Lucas, Mostrito
[41] ARISTIDES LORENZO RUPERTO
[44] FELIX ALBERTO ESTEVES VARGAS a/k/a Felo
[45] MOISES ISAAC GONZALEZ BAYRON a/k/a Moi
[49] RYAN LOWELL MORENO ORTIZ, a/k/a Scarface, Motorita
[54] JOHN EMMANUEL VELEZ BORRERO a/k/a John el Negro, Johnsoto

shall forfeit to the United States pursuant to Title 18 U.S.C.§ 924(d) and Title 28 U.S.C.§ 2461(c) any firearms and ammunition involved or used in the commission of the offense.

True Bill

FOREPERSON
Date: 8/19/2026

HECTOR RAMIREZ CARBO
Acting United States Attorney

Alberto R. López Rocafort
Assistant United States Attorney
Chief, Gang Division

Teresa Zapata Valladares
Assistant United States Attorney
Deputy Chief, Gang Section

Natalia Quinones Cruz
Assistant United States Attorney

Frank Norris
Assistant United States Attorney

Maria Lopez Aponte
Assistant United States Attorney